UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CUMMINS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:09-CV-00738 JMS-DML |
| ) | |
| ACE AMERICAN INSURANCE ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**CUMMINS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Plaintiff, Cummins Inc. ("Cummins"), pursuant to Fed. R. Civ. P. 37, respectfully moves the Court for an order compelling the Defendants to serve full and complete answers to Cummins' Interrogatory Nos. 1, 2, 3, 4, 5, 7, 24 and 25, and to produce the documents in the Defendants' possession, custody or control responsive to Cummins' Request for Production Nos. 3, 4, 12, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 and 29.  In support of this Motion, Cummins states:

1.    This is an insurance coverage dispute arising out of severe flooding in Southern Indiana in June 2008 that, among other things, caused extensive damage to four sites owned and operated by Cummins in Columbus, Indiana.

2.    The Defendants are thirteen insurance companies who insured Cummins at the time of the June 2008 flooding under commercial property insurance policies with substantially similar provisions.  Cummins' claims in this lawsuit involve not only coverage for Cummins' losses (Counts I and II), but also a claim for bad faith related to

the Defendants' handling of Cummins' insurance claim for the June 2008 flooding (Count III).

3. Cummins seeks basic discovery from the Defendants fundamental to any insurance coverage and/or bad faith case, including information and documents relating to (a) the Defendants' response to Cummins' insurance claim, (b) the drafting of the Policy language at issue, (c) interpretative and claims handling information, (d) loss reserve information, and (e) documents and communications regarding reinsurance.

4. As described in the accompanying Brief in Support of this Motion, which Cummins' incorporates by reference herein, the information and documents sought by Cummins are plainly relevant and discoverable under the broad discoverability standards of the Federal Rules of Civil Procedure and relevant case law. *See*, *e.g.*, *Barker v. Life Ins. Co. of N. Am.*, 265 F.R.D. 389, 393 (S.D. Ind. 2009) ("The Federal Rules of Civil Procedure provide for liberal discovery by requiring disclosure of any relevant matter.") (citation omitted). Despite this, Defendants have refused to answer Cummins' Interrogatory Nos. 1, 2, 3, 4, 5, 7, 24 and 25, or to produce the documents responsive to Cummins' Request for Production Nos. 3, 4, 12, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 and 29.

5. As also described in Cummins' accompanying Brief in Support of this Motion, and in the exhibits thereto, Cummins has made repeated attempts to meet and confer with the Defendants to obtain answers to the foregoing interrogatories and documents responsive to the foregoing requests for production. The Defendants, however, continue to refuse to provide this discovery. Accordingly, Cummins is forced

to bring this Motion, pursuant to Fed. R. Civ. P. 37, for an order compelling the Defendants to answer the foregoing interrogatories and to produce the documents responsive to the foregoing requests for production.

WHEREFORE, Cummins respectfully moves the Court for an order compelling the Defendants to serve full and complete answers Cummins' Interrogatory Nos. 1, 2, 3, 4, 5, 7, 24 and 25, and to produce the documents in Defendants' possession, custody or control responsive to Cummins' Request for Production Nos. 3, 4, 12, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 and 29; for its costs of bringing this motion; and for all other just and proper relief.

Respectfully submitted,

/s/ Charles P. Edwards
Andrew J. Detherage
Charles P. Edwards
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel.:  317-236-1313
Fax:  317-231-7433
Email:  andy.detherage@btlaw.com
Email:  charles.edwards@btlaw.com

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system on the following counsel of record this 20th day of July, 2010:

Bryce H. Bennett, Jr.
Riley Bennett & Egloff, LLP
141 E. Washington Street
Indianapolis, Indiana 46204

Peter E. Kanaris
FISHER KANARIS, P.C.
200 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kenneth W. Erickson
Ropes & Gray LLP
One International Place
Boston, MA 02110

/s/ Charles P. Edwards

INDS02 1120547v1